

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00151-CV

Shaniyah Tajne **DE ROSARIO**,
Appellant

v.

Zhiyu **ZHAO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2026-CV-00453
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: June 17, 2026

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by April 6, 2026. On April 22, 2026, this court notified appellant of the deficiency by letter and directed appellant to respond to this court in writing within ten days of the date of our letter, stating a reasonable explanation for failing to timely file the brief and demonstrating appellant is taking affirmative steps to remedy the deficiencies.

Appellant did not respond to our letter. On May 21, 2026, we ordered appellant to show cause in writing no later than June 1, 2026 why this appeal should not be dismissed for want of

prosecution and why appellee is not significantly injured by appellant's failure to timely file a brief. TEX. R. APP. P. 38.8(a)(1). We cautioned appellant that if she failed to respond by June 1, 2026, this appeal would be dismissed for want of prosecution.

Appellant did not respond to our order. Accordingly, this appeal is dismissed for want of prosecution.

PER CURIAM